**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| PATRICIA MARTIN, individually and on behalf of the ESTATE OF VINCENT MARTIN,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>T.L. DALLAS, LTD, et al.,<br><br>　　　　Defendants. | No. CV 08-00546-PHX-GMS<br><br>**ORDER** |

　　　　The Court has received Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint. (Dkt. # 26.) That motion, filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, was filed on November 13, 2008, along with notice of the motion and proof of service. (*Id.*) Plaintiffs have not responded to the motion, and any such response would now be over a month late.

　　　　**IT IS THEREFORE ORDERED** that, by January 6, 2009, Plaintiffs shall file with this Court a showing of cause as to why the motion should not be granted pursuant to Rule 7.2(i) of the Local Rules of Civil Procedure. If Plaintiffs fail to show cause, the motion will be granted pursuant to that rule, which will result in the termination of Plaintiffs' case.

　　　　**DATED** this 31st day of December, 2008.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*H. Murray Snow*
G. Murray Snow
United States District Judge